(121 So. 918)

Ernest WILLIAMS et al. v. STATE.
(7 Div. 821.)

Supreme Court of Alabama.    March 21, 1929.

Hugh Walker, of Anniston, for appellants.
Charlie C. McCall, Atty. Gen., for the State.

ANDERSON, C. J.    Affirmed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.

(121 So. 918)

Ex parte Carrie L. WORTHINGTON.
(6 Div. 389.)

Supreme Court of Alabama.    April 25, 1929.

PER CURIAM.   Rule nisi denied.   Bibb v. Gaston, 146 Ala. 434, 40 So. 936.

ANDERSON,   C.   J.,   and   GARDNER, BOULDIN, and FOSTER, JJ., concur.

(121 So. 918)

W. S. WYMAN v. EDISON PHONOGRAPH DISTRIBUTING CO.   (6 Div. 355.)

Supreme Court of Alabama.    April 18, 1929.

PER CURIAM.   Affirmed for want of assignment of errors.